**HAYTER v. STATE.**

No. 25576.

Court of Criminal Appeals of Texas.

Dec. 19, 1951.

Rehearing Denied Jan. 9, 1952.

**WILLIAMS v. STATE.**

No. 25577.

Court of Criminal Appeals of Texas.

Dec. 19, 1951.

Rehearing Denied Jan. 9, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for operating a motor vehicle upon a public highway while under the influence of intoxicating liquor; the punishment assessed is a fine of $100.00.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The offense is operating a motor vehicle upon a public highway while under the

All matters of procedure appear regular. The record is before us without a statement of facts and bills of exception in the absence of which no question is brought forward for review.

The judgment is affirmed.